UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>DOWNTOWN FLWR LLC,<br><br>                Defendant. | Civil Action No. 1:24-cv-06947<br><br>ECF Case<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: November 11, 2024

| | |
|---|---|
| JOSEPH & NORINSBERG LLC | SILLS CUMMIS & GROSS P.C. |
| By: _____<br>    Jon L. Norinsberg, Esq.<br>110 East 59th Street, Suite 2300<br>New York, NY 10022<br>Tel: (212) 791-5396<br>E-mail: jon@norinsberglaw.com<br><br>*Attorneys for Plaintiff Juan Igartua* | By: _____<br>    Jordan E. Pace<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Tel: 973-643-4295<br>E-mail: jpace@sillscummis.com<br><br>*Attorneys for Defendant Downtown FLWR LLC* |

12730899.v1