**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated, | Civil Action No. 1:24-cv-06947 |
| Plaintiff, | ECF Case |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| DOWNTOWN FLWR LLC, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

   **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: November 11, 2024

JOSEPH & NORINSBERG LLC     SILLS CUMMIS & GROSS P.C.

By:             By:          
  Jon L. Norinsberg, Esq.      Jordan E. Pace
110 East 59th Street, Suite 2300   One Riverfront Plaza
New York, NY 10022      Newark, New Jersey 07102
Tel:  (212) 791-5396      Tel:  973-643-4295
E-mail:  jon@norinsberglaw.com   E-mail:  jpace@sillscummis.com

*Attorneys for Plaintiff Juan Igartua*  *Attorneys for Defendant Downtown FLWR LLC*

12730899.v1